**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| WILLIAM DRUMMOND and RICHARD ODOM, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No. 2:22-CV-174-SCJ |
| v. | ) | |
| SOUTHERN COMPANY SERVICES, INC.; THE SOUTHERN COMPANY PENSION PLAN; and THE BENEFITS ADMINISTRATION COMMITTEE; | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A) and Instructions for Cases Assigned to the Honorable Steve C. Jones § 3(B), Plaintiffs William Drummond and Richard Odom ("Plaintiffs"), and Defendants Southern Company Services, Inc., The Southern Company Pension Plan, and The Benefits Administration Committee ("Defendants," and together with Plaintiffs, the "Parties") hereby move for an Order providing Plaintiffs with an additional seven (7) days to respond to Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 53) and providing Defendants with an additional seven (7) days

1

to file a reply to Plaintiffs' Response. In support of the foregoing motion, Plaintiffs and Defendants state as follows:

1.    On September 8, 2023, the Court entered an order granting Plaintiffs leave to file a Second Amended Complaint within seven days.  ECF No. 50.

2.    Plaintiffs filed the Second Amended Complaint on September 15, 2023. ECF No. 51.

3.    Defendants filed a Motion to Dismiss the Second Amended Complaint on September 29, 2023.  ECF No. 53.

4.    Currently, Plaintiffs' Response to Defendants' Motion to Dismiss the Second Amended Complaint is due on October 13, 2023. *See* Local Rule 7.1(B). Per Local Rule 7.1(C), Defendants' Reply would then be due on October 27, 2023.

5.    The Parties have conferred and agreed to extend their respective deadlines by seven (7) days. With the requested seven-day extension, Plaintiffs' new deadline to respond to the Motion to Dismiss would be October 20, 2023. With the requested seven-day extension, Defendants would have twenty-one (21) days to reply to Plaintiffs' Response.

6.    Good cause exists for the Parties' request as follows:

- Plaintiffs' counsel has numerous pre-existing travel commitments and court deadlines in other matters that render the requested extension necessary. Among other things:

  - Plaintiffs' counsel is preparing multiple expert reports that are also due on October 13, 2023 in *Krohnengold v. New York Life Insurance Co.*, No. 1:21-cv-01778-JMF (S.D.N.Y.).

  - Plaintiffs' counsel's opposition to a motion to dismiss is due on October 6, 2023 in *Harrison v. Envision Management Holding, Inc. Board of Directors*, No. 1:21-cv-00304 (D. Colo.).

  - Plaintiffs' counsel's opposition to a motion to dismiss is due on October 10, 2023 in *HDT Bio Corp. v. Emcure Pharmaceuticals Ltd.*, No. 2:22-cv-334 (W.D. Wash.).

  - Plaintiffs' counsel has an expert deposition on October 11, 2023 in *Urlaub v. CITGO Petroleum Corp.*, No. 1:21-cv-04133 (N.D. Ill.).

- Given the complexity of the issues raised in the Second Amended Complaint, Defendants require a seven-day extension to file their reply.

Wherefore, for the reasons set forth above and for good cause shown, the Parties respectfully request that the Court grant this Motion and enter the attached

3

Proposed Order adopting the Parties' proposed extension of time for the above-noted

briefs related to Defendants' Motion to Dismiss the Second Amended Complaint.

Dated: October 6, 2023          Respectfully submitted,

                                AUSTIN & SPARKS, P.C.
                        By:     /s/  John Sparks
                                John T. Sparks, Sr.
                                Georgia Bar No. 669575
                                2974 Lookout Place, N.E., Suite 200
                                Atlanta, Georgia 30305
                                404-869-0100 / 404-869-0200 (fax)
                                jsparks@austinsparks.com

                                Michelle C. Yau (admitted *pro hac vice*)
                                Daniel R. Sutter (admitted *pro hac vice*)
                                Eleanor Frisch (admitted *pro hac vice*)
                                COHEN MILSTEIN SELLERS & TOLL PLLC
                                1100 New York Ave. NW ● Fifth Floor
                                Washington, DC 20005
                                Telephone: (202) 408-4600
                                Fax: (202) 408-4699
                                myau@cohenmilstein.com
                                dsutter@cohenmilstein.com
                                efrisch@cohenmilstein.com

                                Peter K. Stris (admitted *pro hac vice*)
                                John Stokes (admitted *pro hac vice*)
                                STRIS & MAHER LLP
                                777 S. Figueroa St. ● Suite 3850
                                Los Angeles, CA 90017
                                Telephone: (213) 995-6800
                                Fax: (213) 261-0299
                                pstris@stris.com
                                jstokes@stris.com

4

Shaun P. Martin (admitted *pro hac vice*)
5998 Alcala Park ● Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Fax: (619) 260-7933
smartin@sandiego.edu

Todd Jackson (*pro hac vice* forthcoming)
Nina Wasow (*pro hac vice* forthcoming)
FEINBERG,    JACKSON,    WORTHMAN    &
WASOW, LLP
2030 Addison Street ● Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

***Attorneys for Plaintiffs***

*/s/ John Heron*
Ashley F. Heintz
(Georgia Bar No. 325323)
John Heron IV
(Georgia Bar No. 193170)
JONES DAY
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
aheintz@jonesday.com
jheron@jonesday.com

***Attorneys for Defendants***

5

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared in Times New Roman, 14-point font, which is one of the fonts approved by Local Rule 5.1(C).

Dated: October 6, 2023                    AUSTIN & SPARKS, P.C.

By:    */s/ John Sparks*
John T. Sparks, Sr.
Georgia Bar No. 669575

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: October 6, 2023                    By:   AUSTIN & SPARKS, P.C.
                                                */s/ Eleanor Frisch*
                                                Eleanor Frisch

                                                *Attorney for Plaintiffs*

7