# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM DRUMMOND and RICHARD ODOM, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SOUTHERN COMPANY SERVICES, INC., THE SOUTHERN COMPANY PENSION PLAN; and THE BENEFITS ADMINISTRATION COMMITTEE,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 2:22-cv-00174-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Gainesville, Georgia, this 30th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/Shane Gazaway
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　　　July 30, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
       Deputy Clerk