**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 14, 2026

Clerk - Northern District of Georgia
U.S. District Court
121 SPRING ST SE
STE 201
GAINESVILLE, GA 30501

Appeal Number: 24-12773-GG
Case Style: William Drummond, et al v. Southern Company Services, Inc., et al
District Court Docket No: 2:22-cv-00174-SCJ

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

No. 24-12773

WILLIAM DRUMMOND,
individually and on behalf of all others similarly situated,
RICHARD ODOM,

*Plaintiffs-Appellants,*

*versus*

SOUTHERN COMPANY SERVICES, INC.,
THE SOUTHERN COMPANY PENSION PLAN,
THE BENEFITS ADMINISTRATION COMMITTEE,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:22-cv-00174-SCJ

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 26, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: August 14, 2026

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Bill of Costs**

Court of Appeals Docket No. 24-12773

William Drummond, et al vs. Southern Company Services, Inc., et al

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | 600 | $600.00 |
| Appellant's Brief | | X | 67 | 7 | 469 | 117.25 | $117.25 |
| Appendix | | X | 655 | 5 | 3275 | 818.75 | $818.75 |
| Appellee's Brief | | | | | | | |
| Reply Brief | | X | 39 | 7 | 273 | 68.25 | $68.25 |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 1,604.25 REQUESTED | $ $1,604.25 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: Rachana Pathak Digitally signed by Rachana Pathak Date: 2026.06.08 16:03:34 -07'00'

Date Signed: June 8, 2026

Attorney Name: Rachana Pathak
(Type or print your name)

Attorney for: Appellants William Drummond, et al
(Type or print name of client)

E-mail: rpathak@stris.com

Phone: (213) 995-6807

Street Address/City/State/Zip: 17785 Center Court Dr N, Ste 600/Cerritos/CA/90703

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ $1,604.25 against Appellees

and are payable directly to Appellants

David J. Smith, Clerk of Court

Issued on: ISSUED AS MANDATE: AUGUST 14, 2026 By: /S/ Tresa A. Raines DATE: 7/8/2026
Deputy Clerk

BOC Rev.: 6/17

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009170802
Date: 12/02/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Stris & Maher LLP

Los Angeles, CA 90017 USA

Attention: Peter K. Stris, Esq.

File No.: 811458
Court: USCOA - 11TH
Case Name: William Drummond v Southern Company

| | | | | Amount |
|---|---|---|---|---|
| | APPELLANT'S OPENING BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $750.00 | $750.00 |
| 67.00 | Page(s) | @ | $0.00 | |
| 4.00 | Volumes Spiral Bound | @ | $6.50 | $26.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $119.00 | $119.00 |

**12-KR**
12/17/2024 15:27 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $975.00 |
| Sales Tax | $92.63 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $1,067.63 |

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009171367
Date: 12/11/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Stris & Maher LLP

Los Angeles, CA 90017 USA

Attention: Peter K. Stris, Esq.

File No.: 811459
Court: USCOA - 11TH
Case Name: William Drummond v Southern Company

| | | | | Amount |
|---|---|---|---|---|
| | APPENDIX | | | |
| 1.00 | Preparation of Appendix - 3 Volumes | @ | $0.00 | |
| 3.00 | Cover(s) - 1st Side (repro only) | @ | $75.00 | $225.00 |
| 652.00 | Page(s) | @ | $4.75 | $3,097.00 |
| 52.00 | Tabs | @ | $2.75 | $143.00 |
| 1.00 | Compliance Review | @ | $150.00 | $150.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $266.00 | $266.00 |

**12-KR**
12/17/2024 15:28 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $3,961.00 |
| Sales Tax | $376.30 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $4,337.30 |

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009177545
Date: 03/27/2025
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

Sold To

Stris & Maher LLP
777 South Figueroa Street
Suite 3850
Los Angeles, CA 90017 USA

Attention: Peter K. Stris, Esq.

File No.: 812289
Court: USCOA - 11TH
Case Name: William Drummond v Southern Company

| | | | | Amount |
|---|---|---|---|---|
| | REPLY BRIEF | | | |
| 4.00 | Cover(s) - 1st Side | @ | $10.00 | $40.00 |
| 152.00 | Page(s) | @ | $0.80 | $121.60 |
| 4.00 | Volumes Spiral Bound | @ | $10.00 | $40.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $112.00 | $112.00 |

**12-KR**
04/03/2025 12:04 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $393.60 |
| Sales Tax | $37.39 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $430.99 |

# Invoice

| | |
|---|---|
| Invoice Number: | 0009181928 |
| Date: | 06/09/2025 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Counsel Press Inc.**
PO Box 25292
New York, NY 10087-5292
Phone: (800) 427-7325

**Sold To**

Stris & Maher LLP
777 South Figueroa Street
Suite 3850
Los Angeles, CA 90017 USA

Attention: Peter K. Stris, Esq.

File No.: 812802
Court: USCOA - 11TH
Case Name: Drummond v. Southern Company

| | | | | Amount |
|---|---|---|---|---|
| | APPENDIX | | | |
| 3.00 | Additional Copies | @ | $348.50 | $1,045.50 |
| 36.00 | Tabs | @ | $2.75 | $99.00 |
| 3.00 | Volumes Bound | @ | $6.50 | $19.50 |
| 1.00 | Filing of Documents | @ | $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ | $294.00 | $294.00 |
| | APPELLANT'S OPENING BRIEF | | | |
| 3.00 | Additional Copies | @ | $42.50 | $127.50 |
| 3.00 | Volumes Spiral Bound | @ | $6.50 | $19.50 |
| | REPLY BRIEF | | | |
| 3.00 | Additional Copies | @ | $28.30 | $84.90 |
| 3.00 | Volumes Spiral Bound | @ | $6.50 | $19.50 |

**12-KR**
06/13/2025 08:58 AM

This Invoice is Due Upon Receipt. Please show the invoice number on your check when submitting payment.

| | |
|---|---|
| Subtotal | $1,809.40 |
| Sales Tax | $176.42 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $1,985.82 |