**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

**WILLIAM DRUMMOND and RICHARD ODOM,**

**Plaintiffs,**

**v.**

**SOUTHERN COMPANY SERVICES, INC.; THE SOUTHERN COMPANY PENSION PLAN; and THE BENEFITS ADMINISTRATION COMMITTEE,**

**Defendants.**

**CIVIL ACTION FILE**

**No. 2:22-CV-00174-SCJ**

**ORDER**

The mandate of the United States Court of Appeals having been read and considered, it is **ORDERED AND ADJUDGED** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Defendants shall file their answer pursuant to Federal Rule of Civil Procedure 12. The Parties shall file a *revised* Joint Preliminary Report and Discovery Plan within **THIRTY DAYS** of the date of this order.

**IT IS SO ORDERED** this 21st day of August, 2026.

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**