**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

WILLIAM DRUMMOND and RICHARD ODOM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SOUTHERN COMPANY SERVICES, INC.; THE SOUTHERN COMPANY PENSION PLAN; and THE BENEFITS ADMINISTRATION COMMITTEE;

Defendants.

Civil Action No. 2:22-CV-174-SCJ

**DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendants Southern Company Services, Inc. (the "Company"), the Southern Company Pension Plan (the "Plan"), and the Benefits Administration Committee (the "BAC," and together with the Company and the Plan, "Defendants") hereby move the Court for an order dismissing Count IV of Plaintiffs' Second Amended Class Action Complaint (the "SAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendants previously moved to dismiss the SAC on multiple grounds. ECF

No. 53. On July 30, 2024, this Court granted the motion on the ground that ERISA does not impose a "reasonableness" requirement for the actuarial assumptions used to calculate Plaintiffs' benefit payments. ECF No. 62 at 18–19. The Court did not consider Defendants' alternative arguments for dismissal of Count IV. Plaintiffs appealed. The Eleventh Circuit reversed the Court's dismissal, but it did not consider Defendants' alternative arguments for dismissal of Count IV.

This Motion seeks to dismiss Count IV of the SAC on the alternative bases not yet addressed by the courts. Count IV purports to allege a breach of fiduciary duty by the Plan administrator, the BAC. As explained in the accompanying brief in support of this Motion, Count IV fails to state a valid claim because Plaintiffs do not allege that the BAC failed to comply with any fiduciary duty imposed by ERISA or made any misrepresentation.

WHEREFORE, Defendants pray for the following relief:

(a) That the Court grant Defendants' Motion to Dismiss, and dismiss Count IV of the Second Amended Class Action Complaint, with prejudice, for failure to state a claim; and

(b) That the Court grant such other relief as it deems just and proper.

Dated: August 28, 2026

Respectfully submitted,

*<u>/s/ Ashley F. Heintz</u>*
Ashley F. Heintz
(Georgia Bar No. 325323)
JONES DAY

1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
aheintz@jonesday.com

***Attorney for Defendants***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this motion has been prepared in Times New Roman, 14-point font, which is one of the fonts approved by Local Rule 5.1(C).

Dated: August 28, 2026

*/s/ Ashley F. Heintz*
Ashley F. Heintz
(Georgia Bar No. 325323)

*An Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: August 28, 2026

*/s/ Ashley F. Heintz*
Ashley F. Heintz
(Georgia Bar No. 325323)

*An Attorney for Defendants*