**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

WILLIAM DRUMMOND and RICHARD ODOM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SOUTHERN COMPANY SERVICES, INC.; THE SOUTHERN COMPANY PENSION PLAN; and THE BENEFITS ADMINISTRATION COMMITTEE,

Defendants.

Civil Action No. 2:22-CV-174-SCJ

**ORDER**

The Court, having considered the parties' Joint Motion for Extension of Briefing Deadlines, and for good cause shown, GRANTS the Motion. Plaintiffs' response to Defendants' Motion to Dismiss shall be filed on or before September 25, 2026, and Defendants' reply shall be filed on or before October 23, 2026.

SO ORDERED this 2nd day of September, 2026.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE